# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Lee Laskiewicz, | No. CV-14-02409-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Douglas Hurd, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Leslie A. Bowman, recommending that the District Court unseal the above-captioned case, deny outstanding motions as moot, and dismiss the action without prejudice. (Doc. 18.) No objections were filed.

The Court has reviewed the Report and Recommendation and agrees that the action should be dismissed without prejudice.

Accordingly, after independent review, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (doc. 18) is accepted and adopted.

(2) The Motion to Unseal the Case by the United States (doc. 16) is GRANTED. The Clerk of the Court shall unseal the case.

(3) Plaintiff's Application for Leave to Proceed In Forma Pauperis (doc. 2) is DENIED as moot.

//

//

(4) This case is DISMISSED without prejudice. The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

Dated this 12th day of June, 2015.

Jennifer G. Zipps
United States District Judge